## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THE CALIDA GROUP, LLC**, a Nevada limited liability company,<br>            Plaintiff<br><br>**VERSUS**<br><br>**THE ELYSIAN, LLC**, a Louisiana limited liability company, **LATTER & BLUM PROPERTY MANAGEMENT, INC.**, a Louisiana corporation, and **APARTMENTS24-7.com**, a Nevada corporation,<br>            Defendants | **CIVIL ACTION NO. 17-5061**<br><br>**SECTION: "N" (2)**<br><br>**DISTRICT JUDGE ENGELHARDT**<br><br>**MAGISTRATE JUDGE WILKINSON** |

## JUDGMENT OF FINAL DISMISSAL

Considering the foregoing Joint Stipulation of Motion to Dismiss (Rec. Doc. 26):

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this suit be and is hereby dismissed in its entirety, with prejudice, each party to bear its own costs. The Court shall retain jurisdiction in this action solely for the purpose of enforcing the terms of the Confidential Compromise and Release of All Claims Agreement executed by the parties.

**SIGNED** in New Orleans, Louisiana, this the 11th day of April, 2018.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**